IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1182-T-An |
| ) | No. 03-10041-T-An |
| ) | |
| RONNIE D. DEAN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING DEFENDANT'S *PRO SE* MOTION TO RETAIN TRANSCRIPTS

On December 30, 2005, Defendant filed another motion, *pro se*, seeking copies of his transcripts. Defendant has previously been instructed that he cannot file motions on his own behalf in his criminal case because he is represented by counsel. See Order 10/20/04 (citing Green v. Dorrell, 969 F.2d 915 (10th Cir. 1992) (Represented party must have current counsel file motion.)) Thus, Defendant's motion is DENIED for this reason in 03-10041. The motion is DENIED in 04-1082 because that case was terminated on February 22, 2005.

IT IS SO ORDERED.

S/James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 January 2006
DATE